THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE E. STILLINGS, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NATHANIEL R. GHOLSTIN, Respondent, v. JOHN REBER AND BROTHERS FRENCH PASTRY CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAVAK R. BOMANJI, Respondent, v. WILLIAM FORBES MORGAN, Appellant.— Order modified by striking out paragraphs numbered 9, 13, 14 and 17 of the complaint, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of GEORGE E. REYNOLDS, Respondent, v. HUDSON VIEW GARDENS, INC., Appellant.— Judgment reversed and information dismissed, upon the ground that the laundry conducted by the defendant cannot be held to be a public laundry within the provisions of rule 1704 of the Industrial Code, created pursuant to chapter 50 of the Laws of 1921, as amended.* Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL FRIEDBERG, as Administrator, etc., of DAVID FRIEDBERG, Deceased, Respondent, v. GEORGE E. WATSON and WILLIAM WATSON, Appellants, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB SLUTZKIN, Appellant, v. STOKES COAL CO., INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

M. B. R. FUR CO., INC., Respondent, v. JOSEPH ENGEL, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HESMAK REALTY CO., INC., Respondent, v. JOHN PASCHAL and MARY PASCHAL, His Wife, Appellants, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Transfer Tax upon the Estate of SUSAN R. KENDALL, Deceased.— Order affirmed, with costs to the respondents. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [133 Misc. 568.]

ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Respondent, v. WATSON ELEVATOR COMPANY, INC., Defendant, Impleaded with CROSS & BROWN COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and Martin, J., dissent.

---

* See Labor Law, §§ 27–29, as amd. by Laws of 1927, chap. 166.— [REP.